UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
|     Plaintiff, | : | CRIMINAL NO. |
| | : | 3:04-CR-60(JCH) |
| v. | : | |
| | : | |
| KENNETH FORD | : | MARCH 25, 2008 |
|     Defendant. | : | |

**RULING**

The defendant, through counsel, has moved for a reduction of his sentence pursuant to 18 U.S.C. § 3582(c)(2), presumably based on Amendment 706 USSG App. C. (11/1/07). The defendant was convicted, after a guilty plea, of possession with intent to distribute and distribution of more than 500 grams of cocaine. Judgment (Doc. No. 584) (November 23, 2005). The Amendment lowered the offense levels for cocaine <u>base</u>, not cocaine. Therefore, Amendment 706 is inapplicable to this defendant. Counsel for the defendant has not brought any other amendments to the court's attention that would permit modification of his sentence.

The defendant's Motion (Doc. No. 656) is denied.

**SO ORDERED.**

Dated at Bridgeport, Connecticut, this 25th day of March, 2008.


                                              /s/ Janet C. Hall
                                              Janet C. Hall
                                              United States District Judge